IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAVISTAR FINANCIAL CORPORATION; and NAVISTAR LEASING COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STEPHEN P. HROBUCHAK, JR.,<br><br>　　　　　　　Defendant,<br>and<br><br>FIRST NATIONAL COMMUNITY BANK,<br><br>　　　　　　　Garnishee. | Civil Action No. 3:08-cv-959 |

## PRAECIPE FOR JUDGMENT UPON ADMISSION

TO THE CLERK:

　　Enter judgment in favor of the Plaintiffs and against the Garnishee, First National Community Bank, in the amount of **$2,383.26**, admitted in the Answers to Interrogatories to be in the Garnishee's possession, together with interest and costs.

Dated: November 26, 2008
　　　　Haddonfield, New Jersey

Respectfully submitted,

ARCHER & GREINER, PC

By: _____
　　Jerrold S. Kulback (Pa.84563)
　　One Centennial Square
　　Haddonfield, New Jersey 08033
　　Tel: (856) 795-2121
　　Fax: (856) 795-0574
　　E-mail: jkulback@archerlaw.com

*Attorneys for Plaintiffs, Navistar Financial Corporation and Navistar Leasing Company*

3698801v1