IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAVISTAR FINANCIAL CORPORATION; and NAVISTAR LEASING COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN P. HROBUCHAK, JR., <br><br> Defendant, <br><br> and <br><br> FIRST NATIONAL COMMUNITY BANK, <br><br> Garnishee. | Civil Action No. 3:08-cv-959 |

## JUDGMENT

AND NOW, this 5th day of Dec, 2008, it is hereby ORDERED that in accordance with the Praecipe for Judgment upon Admission and supporting Affidavit, Judgment is entered in favor of Plaintiff and against Garnishee, First National Community Bank in the sum of $2,383.26, together with costs.

~~MARY E. D'ANDREA, CLERK~~

By _____
~~Deputy Clerk~~
USDJ

3698856v1