IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NAVISTAR FINANCIAL CORPORATION;
and NAVISTAR LEASING COMPANY,

          Plaintiff,

v.

STEPHEN P. HROBUCHAK, JR.,

          Defendant.

Civil Action No. 3:08-cv-959

## PRAECIPE FOR JUDGMENT OF REVIVAL

To the Clerk:

Enter judgment of revival in favor of plaintiff, NAVISTAR FINANCIAL CORPORATION and NAVISTAR LEASING COMPANY, and against defendant, STEPHEN P. HROBUCHAK, JR., for failure to file an answer or otherwise plead to the Writ of Revival within twenty (20) days of service thereof, and assess damages as follows:

| | |
|---|---|
| Original Judgment as to Navistar Financial Corporation: | $6,815,552.51 |
| Original Judgment as to Navistar Leasing Company: | $3,012,378.93 |

Dated: October 28, 2013

ARCHER & GREINER
A Professional Corporation
Attorneys for Plaintiffs

By: _____
Jerrold S. Kulback, Esquire
One Centennial Square
Haddonfield, NJ 08033
Telephone: 856.616.2684
Facsimile: 856.673.7163
Jkulback@archerlaw.com

Judgment of Revival Entered and
Damages Assessed As Above:

Date:_____

_____
Gary L. Hollinger, Acting Clerk of Court

By_____
                        (Deputy)

9849338v1